GEORGE VELASTEGUI (California Bar No. 107847)
VALERIE HARDY-MAHONEY
GARY M. CONNAUGHTON (California Bar No. 130889)
JENNIFER E. BENESIS (California Bar No. 219559)
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612-5211
Telephone: (510) 637-3321

Attorneys for Petitioner

RECEIVED
MAY 2 0 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. BAUDLER, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board

Petitioner,

v.

AMERICAN BAPTIST HOMES OF THE WEST d/b/a PIEDMONT GARDENS

Respondent

Civil No. C11-02480 CW

ORDER GRANTING PETITIONER'S MOTION TO TRY SECTION 10(j) INJUNCTION PETITION ON THE BASIS OF THE ADMINISTRATIVE HEARING RECORD AND SUPPLEMENTAL AFFIDAVIT AND TO SET PROPOSED BRIEFING SCHEDULE
[PROPOSED]

Hearing Date:
Hearing Time:

On May 20, 2011, Petitioner filed a Motion To Try Section 10(j) Injunction Petition on the Basis of the Administrative Hearing Record And Supplemental Affidavit and to Set Proposed Briefing Schedule.

After full consideration of Petitioner's Motion, the Motion is GRANTED. The Court will also consider any supplemental evidence Respondent receives leave to file. The hearing will be held on June 23, 2011.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

5/24/2011
_____
DATED

Page 1
ORDER GRANTING PETITIONER'S MOTION TO TRY SECTION 10(j) INJUNCTION
PETITION ON THE BASIS OF THE ADMINISTRATIVE HEARING RECORD
AND SUPPLEMENTAL AFFIDAVIT AND TO SET PROPOSED BRIEFING SCHEDULE [PROPOSED]