GEORGE VELASTEGUI (California Bar No. 107847)
VALERIE HARDY-MAHONEY
GARY M. CONNAUGHTON (California Bar No. 130889)
JENNIFER E. BENESIS (California Bar No. 219559)
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612-5211
Telephone: (510) 637-3321

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. BAUDLER, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board

Petitioner,

v.

AMERICAN BAPTIST HOMES OF THE WEST d/b/a .PIEDMONT GARDENS

Respondent

Civil No.  C11-02480

ORDER TO SHOW CAUSE [PROPOSED]

Hearing Date:
Hearing Time:

The petition of William A. Baudler, Regional Director of the Thirty-Second Region of the National Labor Relations Board, having been filed pursuant to Section 10(j) of the National Labor Relations Act, as amended [29 U.S.C. Sec. 160 (j)], praying for issuance of an order directing Respondent, American Baptist Homes of the West d/b/a Piedmont Gardens, to show cause why an injunction should not issue enjoining and restraining said Respondent from engaging in certain acts and conduct in violation of said Act, pending the final disposition of the matter here involved now pending before said Board, and good cause appearing therefore,

**IT IS ORDERED** that ~~all~~ evidence in this proceeding shall consist of the transcript and exhibits in the administrative record in Board Cases 32-CA-25247, 32-CA-25248, 32-CA-25266, 32-CA-25272 through 32-CA-25308, and 32-CA-25498, and supplemental affidavits; and any supplemental evidence Respondent receives leave to file.

**IT IS FURTHER ORDERED** that on June 2, 2011, Petitioner shall file with the Court the transcript and exhibits in the administrative record, supplemental affidavits, and its Memorandum of Points and Authorities in Support of the Petition and serve and deliver copies upon Respondent by that date; and

**IT IS FURTHER ORDERED** that Respondent file an answer to the allegations of said Petition with the Clerk of Court within five business days of the filing of Petitioner's Memorandum of Points and Authorities and deliver copies upon Petitioner by that date, and that Petitioner may file any rebuttal affidavits and authorities within 3 business days thereafter, and that no oral testimony will be heard unless otherwise ordered by the Court; and

**IT IS FURTHER ORDERED** that American Baptist Homes of the West d/b/a Piedmont Gardens appear before this Court at the United States Court House in Oakland, California, on the 23 day of June, 2011 at 2 ~~a.m.~~/p.m., or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the matter here involved before the National Labor Relations Board, Respondent, its officers, representatives, agents, servants, employees, and all persons acting in concert or participation with it, should not be enjoined and restrained as prayed in said petition; and

**IT IS FURTHER ORDERED** that service of copies of this order, together with a copy of the petition and exhibits upon which it is issued, be made forthwith in any manner

provided in the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

5/24/2011
DATED