IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. BAUDLER, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for or on behalf of the National Labor Relations Board,<br><br>    Petitioner,<br><br>   v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, d/b/a PIEDMONT GARDENS,<br><br>    Respondent. | No. C 11-02480 CW<br><br>ORDER GRANTING IN PART RESPONDENT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND ALTERING SCHEDULE<br>(Docket No. 21) |

_____/

    The Court accepts and considers Respondent's oppositions to Petitioner's motions to try its injunction petition, pursuant to 29 U.S.C. § 160(j), on the basis of the administrative hearing record, to shorten time, and for an order to show cause. The Court alters the briefing schedule as follows: Petitioner's memorandum of points and authorities in support of its motion for a temporary injunction shall be filed by June 2, 2011. Respondent's opposition to the motion shall be filed on June 16, 2011. Any reply may be

1 filed by noon on June 21, 2011.  This matter will be heard on June
2 30, 2011 at 2 pm.  In all other respects, Respondent's motion for
3 leave to file a motion for reconsideration is denied.  Docket
4 No. 21.

6     IT IS SO ORDERED.

9 Dated: 5/25/2011



CLAUDIA WILKEN
United States District Court

2