IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 11-02480 CW

WILLIAM A. BAUDLER, Regional Director
of the Thirty-Second Region of the
National Labor Relations Board, for
or on behalf of the National Labor
Relations Board,

        Petitioner,

    v.

AMERICAN BAPTIST HOMES OF THE WEST,
d/b/a PIEDMONT GARDENS,

        Respondent.

ORDER GRANTING
PETITIONER'S
MOTION TO EXCEED
PAGE LIMIT
(Docket No. 25)

_____/

    The Court, having considered Petitioner's Motion to Exceed
Page Limits, Respondent's Opposition, and Petitioner's Reply, finds
good cause to permit Petitioner to submit a twenty-nine page brief.
Respondent may also submit a twenty-nine page opposition brief, if
excess pages are necessary to fully address the issues Petitioner
has raised.

    IT IS SO ORDERED.

Dated: **6/7/2011**

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California