IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. BAUDLER, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Relations Board,

    Petitioner,

  v.

AMERICAN BAPTIST HOMES OF THE WEST, doing business as PIEDMONT GARDENS,

    Respondent.

No. C 11-2480 CW

INDICATIVE RULING ON PETITIONER'S MOTION TO AMEND SECTION 10(j) INJUNCTION

    Respondent American Baptist Homes of the West has appealed the Court's grant of an injunction, pursuant to Section 10(j) of the National Labor Relations Act, to Petitioner William A. Baudler. Following a decision by the Administrative Law Judge in the related administrative proceedings, Petitioner now seeks to amend the injunction.

    Pursuant to Federal Rule of Civil Procedure 62.1(a), the Court states that it is inclined to grant Petitioner's motion if the Ninth Circuit were to permit a limited remand for this purpose. However, a final decision on Petitioner's motion will not be rendered unless and until the Ninth Circuit remands this case.

    IT IS SO ORDERED.

Dated: August 22, 2011

    CLAUDIA WILKEN
    United States District Judge